Norman L. MILLER, Appellant,

v.

INTERNAL MEDICINE SPECIALISTS, INC., Appellee.

No. 10–1052.

United States Court of Appeals, Eighth Circuit.

Submitted: June 25, 2010.

Filed: June 30, 2010.

---

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

## PER CURIAM.

Norman Miller appeals the district court's[1] order dismissing his civil action. After careful de novo review, *see Strand v. Diversified Collection Serv., Inc.*, 380 F.3d 316, 317 (8th Cir.2004), we agree with the district court that Miller's complaint did not state a claim upon which relief could be granted. Accordingly, we affirm the judgment of the district court. We also deny Miller's pending motion.

Filed: June 30, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.